

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-17-00278-CV

RODNEY ROWLETT                               APPELLANT

V.

LOCATION PROPERTIES, LTD.                    APPELLEE

------------

## FROM COUNTY COURT AT LAW NO. 1 OF TARRANT COUNTY
## TRIAL COURT NO. 2017-003575-1

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

Appellant, who is proceeding pro se, was notified by e-mail on January 9, 2018, that his brief was due on or before February 8, 2018. On March 8, 2018, we notified appellant by e-mail and regular mail[2] that his brief had not been filed as required by Texas Rule of Appellate Procedure 38.6(a). *See* Tex. R. App. P. 38.6(a). We stated that we could dismiss the appeal for want of prosecution unless appellant filed with the court within ten days an appellant's brief and a

---

[1]*See* Tex. R. App. P. 47.4.

[2]The notice sent by regular mail was returned with the label "VACANT UNABLE TO FORWARD."

motion reasonably explaining the failure to file an appellant's brief and the need for an extension. *See* Tex. R. App. P. 10.5(b), 38.8(a)(1), 42.3(b). We have not received any response.

Because appellant has failed to file a brief after having been given an opportunity to provide a reasonable explanation for the failure, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a)(1), 42.3(b), 43.2(f).

PER CURIAM

PANEL: WALKER, MEIER, and GABRIEL, JJ.

DELIVERED: April 12, 2018